ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email:         ariel.stern@akerman.com
                    tenesa.scaturro@akerman.com

*Attorneys for Bank of America, N.A. and Mortgage Electronic Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br>vs.<br><br>TIARA SUMMIT HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00611-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. TO RESPOND TO SFR INVESTMENTS POOL 1, LLC'S COUNTERCLAIM AND CROSS-CLAIM [ECF NO. 29]**<br><br>**(FIRST REQUEST)** |

{38863416;1}

1

| | |
|---|---|
| | SFR INVESTMENTS POOL 1, LLC; |
| | Counter/Cross Claimant, |
| | vs. |
| | BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee beneficiary for SOMA FINANCIAL, INC.; MICHELLE ONG |
| | Counter/Cross Defendants. |

Cross-Defendant Mortgage Electronic Registration Systems, Inc., as nominee beneficiary for Soma Financial, Inc. (**MERS**) and SFR Investments Pool 1, LLC (**SFR**) respectfully submit the following stipulation to allow MERS until August 16, 2016 to respond to SFR's cross-claims (**the cross-claims**).  ECF No. 29.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

{38863416;1}

2

SFR filed the cross-claim on June 13, 2016 and served MERS on July 8, 2016. MERS' deadline to file its response was July 29, 2016. The associate handling this matter left the firm on July 29, 2016. The deadline was discovered in the transition of the file to undersigned attorney, who immediately contacted counsel for SFR for an extension. The parties stipulate to extending MERS' deadline to August 16, 2016, to allow MERS additional time to investigate the merit of the counterclaims and prepare its response. This is MERS' first request for an extension of this deadline.

| AKERMAN LLP | KIM GILBERT EBRON |
|---|---|
| /s/ *Tenesa S. Scaturro*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA S. SCATURRO, ESQ.<br>Nevada Bar No. 12488<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Plaintiff Bank of America, N.A. successor by merger to BAC Home Loan Servicing, LP f/k/a Countrywide Home Loans Servicing, LP and Cross-Defendant Mortgage Electronic Registration Systems, Inc. as nominee beneficiary for Soma Financial, Inc.* | /s/ *Diana Cline Ebron*<br>DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN l. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

**Dated:** 8/4/2016

{38863416;1}