ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:     (702) 634-5000
Facsimile:     (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Bank of America, N.A. and*
*Mortgage Electronic Registration Systems, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP;<br><br>Plaintiff,<br><br>vs.<br><br>TIARA SUMMIT HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.:     2:16-cv-00611-APG-GWF<br><br>**NOTICE OF DISASSOCIATION** |
| SFR INVESTMENTS POOL 1, LLC;<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee beneficiary for SOMA FINANCIAL, INC.; MICHELLE ONG<br><br>Counter/Cross Defendants | |

{41778138;1}

**AKERMAN LLP**
1160 Town Center Drive, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1. Plaintiff Bank of America, N.A. and Mortgage Electronic Registration Systems, Inc., by and through its attorneys of record, the law firm Akerman LLP, hereby give notice that Miles N. Clark, Esq. is/are no longer associated attorneys.

Akerman, LLP continues to serve as counsel for Plaintiff Bank of America, N.A. and Mortgage Electronic Registration Systems, Inc., in this action. All future correspondence and papers in this action should continue to be directed to Ariel E. Stern, Esq. and Jamie K. Combs, Esq., of Akerman, LLP.

Respectfully submitted, this 16th day of May, 2017.

**AKERMAN LLP**

*/s/ Jamie K. Combs*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Bank of America, N.A. and Mortgage Electronic Systems, Inc.*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: May 15, 2017

_____
UNITED STATES MAGISTRATE JUDGE

{41778138;1}2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the this 16th day of May, 2017, service of the foregoing **NOTICE OF DISASSOCIATION**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

*/s/ Doug J. Layne*
An employee of AKERMAN LLP