UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A.<br><br>Plaintiff,<br><br>v.<br><br>TIARA SUMMIT HOMEOWNERS ASSOCIATION, *et al.*,<br><br>Defendants. | Case No. 2:16-cv-00611-APG-GWF<br><br>**ORDER** |

This matter is before the Court on Steven Loizzi, Jr. Esq.'s Motion to Withdraw as Counsel for Defendant Alessi & Koenig LLC ("A&K") (ECF No. 60), filed on June 27, 2018. To date, no party has filed a response to this motion and the time for opposition has now expired. Counsel represents that A&K dissolved in April 2016 and as a result no longer has any funds to pay for representation. The Court finds that the movant has substantially established good cause for withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Steven Loizzi, Jr. Esq.'s Motion to Withdraw as Counsel for Defendant Alessi & Koenig LLC (ECF No. 60) is **granted**.

**IT IS FURTHER ORDERED** that Alessi & Koenig, LLC must retain new counsel if it intends to litigate this matter. A corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Defendant Alessi & Koenig, LLC shall have until **August 10, 2018**, to advise the Court if it will retain new local counsel.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

. . .

. . .

1. Add the last known addresses of Alessi & Koenig LLC to the civil docket:

   **Alessi & Koenig LLC – Debtor**
   **9500 W. Flamingo Road #205**
   **Las Vegas, NV 89147**

   **Alessi & Koenig LLC – Debtor**
   **c/o Jeanette McPherson, Esq. and/or Trustee Shelley Krohn, Esq.**
   **Schwartzer McPherson**
   **2850 S. Jones Boulevard, Suite 1**
   **Las Vegas, NV 89146**

2. Serve Alessi & Koenig, LLC with a copy of this order at its last known address listed above.

Dated this 16th day of July, 2018.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE