# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00611-APG-GWF |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| TIARA SUMMIT HOMEOWNERS ASSOCIATION, *et al.*, | (ECF. No. 68) |
| Defendants. | |

On October 31, 2018, Magistrate Judge Foley recommended that I enter default against defendant Alessi & Koenig because it has not complied with the court's orders. ECF No. 68. Alessi & Koenig did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Judge Foley's report and recommendation **(ECF No. 60) is accepted**. The clerk of court is instructed to enter default against defendant Alessi & Koenig.

DATED this 19th day of November, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE