**LEACH KERN GRUCHOW ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
E-mail: sanderson@lkglawfirm.com
RYAN W. REED
Nevada Bar No. 11695
E-mail: rreed@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone:  (702) 538-9074
Facsimile:   (702) 538-9113
*Attorneys for Defendant Tiara Summit Homeowners' Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYSIDE HOME LOANS SERVICING, LP;<br><br>Plaintiff,<br><br>vs.<br><br>TIARA SUMMIT HOMEOWNERS ASSOCIATION; FR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00611-APG-EJY<br><br>**SUBSTITUTION OF ATTORNEY** |

TIARA SUMMIT HOMEOWNERS ASSOCIATION hereby substitutes of Leach Kern Gruchow Anderson Song, 2525 Box Canyon Drive, Las Vegas, Nevada 89128, (702) 538-9047, as attorney of record in place and stead of Matthew McAlonis of The Clarkson Law Group, P.C.

DATED this ___ day of September, 2018.  _____
Representative of Tiara Summit Homeowners' Association

I consent to the above substitution.

DATED this 17th day of September, 2018.  _____
Matthew McAlonis
The Clarkson Law Group, P.C.

...

...

I am duly admitted to practice in this District.

Above substitution accepted.

Dated this 7 day of ~~September, 2018~~ October 2019

LEACH KERN GRUCHOW ANDERSON SONG

/s/ *signature*

Sean L. Anderson
Nevada Bar No. 7259
Ryan W. Reed
Nevada Bar No. 11695
2525 Box Canyon Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant Tiara Summit Homeowners' Association*

**IT IS SO ORDERED.**

Dated: October 8, 2019

*signature*
UNITED STATES MAGISTRATE JUDGE

-2-