DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  holly.walker@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP;<br><br>Plaintiff,<br><br>vs.<br><br>TIARA SUMMIT HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.:  2:16-cv-00611-APG-EJY<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| AND RELATED CASES. | |

**TO:    ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Tenesa S. Powell, Esq., is no longer associated with the law firm of Akerman LLP and requests that Ms. Powell be removed from the service list.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

53047205;1

1   Akerman LLP continues to serve as counsel for Bank of America, N.A., successor by merger
2   to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP. All items, including,
3   but not limited to, pleadings, papers, correspondence, documents and future notices in this action
4   should continue to be directed to Darren T. Brenner, Esq. and Holly E. Walker, Esq.

DATED this 1st day of June, 2020.

.   **AKERMAN LLP**

*/s/ Holly E. Walker, Esq.*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: June 1, 2020

_____
UNITED STATES MAGISTRATE JUDGE
Case No.: 2:16-cv-00611-APG-EJY

2

53047205;1