ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: holly.walker@akerman.com

*Attorneys for Bank of America, N.A., sucessor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP;<br><br>Plaintiff,<br><br>vs.<br><br>TIARA SUMMIT HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00611-APG-EJY<br><br>**STIPULATION AND ORDER TO STAY LITIGATION** |
| AND RELATED CASES. | |

Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP (**BANA**) and SFR Investments Pool 1, LLC (**SFR**), by and through their counsel of record, have reached a settlement in principle and the settlement agreement has been executed by the parties. The settlement will resolve all claims between BANA and SFR. BANA is also engaged in settlement discussions with Tiara Summit Homeowners Association (**HOA**).

///

///

///

1

53560238;2

BANA and SFR have agreed to stay the litigation for ninety (90) days to allow additional time to finalize settlement.  This will also provide an opportunity for BANA and the HOA to complete ongoing settlement discussions.

Accordingly, BANA, SFR, and the HOA (the **parties**), submit this stipulation and order seeking to stay litigation of this matter for ninety (90) days.

DATED this 25th day of June, 2020.

| **AKERMAN LLP** | **LEACH KERN GRUCHOW ANDERSON SONG** |
|---|---|
| */s/ Holly E. Walker* | */s/ Ryan W. Reed* |
| ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> HOLLY E. WALKER, ESQ. <br> Nevada Bar No. 14295 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP* | SEAN L. ANDERSON, ESQ. <br> Nevada Bar No. 7259 <br> RYAN W. REED, ESQ. <br> Nevada Bar No. 11695 <br> 2525 Box Canyon Drive <br> Las Vegas, Nevada 89128 <br><br> *Attorneys for Tiara Summit Homeowners Association* |
| **KIM GILBERT EBRON** <br><br> */s/ Diana S. Ebron* <br> DIANA S. EBRON, ESQ. <br> Nevada Bar No. 10580 <br> JASON G. MARTINEZ, ESQ. <br> Nevada Bar No. 13375 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* | |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE
Case No.:  2:16-cv-00611-APG-EJY

Dated: June 25, 2020.

2

53560238;2