ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: holly.walker@akerman.com

*Attorneys for Bank of America, N.A., sucessor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP and Mortgage Electronic Registration Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP;<br><br>Plaintiff,<br><br>vs.<br><br>TIARA SUMMIT HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants.<br><br>AND RELATED CASES. | Case No.: 2:16-cv-00611-APG-EJY<br><br>**STIPULATION AND ORDER OF DISCLAIMER OF INTEREST AND DISMISSAL** |

Cross-defendant Mortgage Electronic Registration Systems, Inc. (**MERS**) and defendant / cross-claimant SFR Investments Pool I, LLC (**SFR**) stipulate as follows:

1. WHEREAS, MERS claims no legal right, title, or interest in the deeds of trust recorded in the Clark County recorder's office against the property located at 10037 Barengo Ave., Las Vegas, Nevada 89129 (the **Property**) on February 22, 2006, the first as Instrument No. 20060302-0004255 and MIN No. 100246100006630826, and the second as Instrument No. 20060302-0004256 and MIN No. 100246100006631071.

2. WHEREAS, MERS expressly disclaims any and all right, title, and interest in the Property pursuant to these deeds of trust.

3. WHEREAS, SFR agrees, based upon MERS's disclaimers set forth herein, that MERS should be dismissed from this action, with prejudice; and

4. WHEREAS, based upon MERS's disclaimer set forth herein, SFR and MERS agree to bear their own attorney's fees and costs.

SO STIPULATED this 25th day of June, 2020.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Holly E. Walker* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> HOLLY E. WALKER, ESQ. <br> Nevada Bar No. 14295 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP and Mortgage Electronic Registration Systems, Inc.* | */s/ Jason G. Martinez* <br> DIANA S. EBRON, ESQ. <br> Nevada Bar No. 10580 <br> JASON G. MARTINEZ, ESQ. <br> Nevada Bar No. 13375 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

## **ORDER**

Having reviewed the parties' stipulation and good cause appearing,

IT IS ORDERED that, based upon MERS's disclaimers set forth herein, MERS is dismissed from this case, with prejudice, each party to bear its own attorney's fees and costs.

_____
UNITED STATES DISTRICT COURT JUDGE
Case No.: 2:16-cv-00611-APG-EJY

Dated: June 25, 2020.