ARIEL STERN, ESQ.
Nevada Bar No. 8276
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: holly.walker@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP;<br><br>Plaintiff,<br><br>vs.<br><br>TIARA SUMMIT HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00611-APG-EJY<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| AND RELATED CASES. | |

**TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Darren T. Brenner, Esq., is no longer associated with the law firm of Akerman LLP and requests that Mr. Brenner be removed from the service list.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

54257445;1

Akerman LLP continues to serve as counsel for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq. and Holly E. Walker, Esq.

DATED this 12th day of October, 2020.

.                                       **AKERMAN LLP**

*/s/ Holly E. Walker, Esq.*
ARIEL E. STERN ESQ.
Nevada Bar No. 8276
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: October 13, 2020

_____
UNITED STATES MAGISTRATE JUDGE
Case No.:  2:16-cv-00611-APG-EJY

2

54257445;1