# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-00611-APG-EJY |
| Plaintiff | **Order for Status Report** |
| v. | |
| TIARA SUMMIT HOMEOWNERS ASSOCIATION, et al., | |
| Defendants | |

The parties stipulated to stay this matter for 90 days pending settlement discussions. ECF No. 110. More than 90 days have passed without an update.

I THEREFORE ORDER that the parties shall file a stipulation of dismissal or status report by January 22, 2021.

DATED this 5th day of January, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE