**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-00611-APG-EJY |
| Plaintiff | **Order Denying Motions as Moot** |
| v. | [ECF Nos. 82, 106] |
| TIARA SUMMIT HOMEOWNERS ASSOCIATION, et al., | |
| Defendants | |

In light of the stipulation of dismiss of all claims between plaintiff Bank of America and defendants Tiara Summit Homeowners Association and SFR Investments Pool 1, LLC,

I ORDER that defendant Tiara Summit Homeowners Association's motions to dismiss and for summary judgment **(ECF Nos. 82, 106) are DENIED as moot**.

DATED this 22nd day of January, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE