ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: holly.walker@akerman.com

*Attorneys for Bank of America, N.A., sucessor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP;<br><br>Plaintiff,<br><br>vs.<br><br>TIARA SUMMIT HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.:  2:16-cv-00611-APG-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| AND RELATED CASES. | |

Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP (**BANA**), SFR Investments Pool 1, LLC (**SFR**), and Tiara Summit Homeowners Association (**HOA**), by and through their counsel of record, hereby stipulate and agree to dismiss the claims between BANA, SFR, and the HOA with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  The dismissal does not affect SFR's claims

///

///

///

1

56164255;1

against Michelle Ong for which SFR has a pending unopposed motion for default judgment [ECF No. 101]. Each party to bear its own costs and fees.

DATED this 22nd day of January, 2021.

| **AKERMAN LLP** | **LEACH KERN GRUCHOW ANDERSON SONG** |
|---|---|
| */s/ Holly E. Walker* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> HOLLY E. WALKER, ESQ. <br> Nevada Bar No. 14295 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP* | */s/ Ryan W. Reed* <br> SEAN L. ANDERSON, ESQ. <br> Nevada Bar No. 7259 <br> RYAN W. REED, ESQ. <br> Nevada Bar No. 11695 <br> 2525 Box Canyon Drive <br> Las Vegas, Nevada 89128 <br><br> *Attorneys for Tiara Summit Homeowners Association* |
| **KIM GILBERT EBRON** <br><br> */s/ Jacqueline A. Gilbert* <br> DIANA S. EBRON, ESQ. <br> Nevada Bar No. 10580 <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* | |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE
Case No.: 2:16-cv-00611-APG-EJY

Dated: January 22, 2021

2

56164255;1