AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BANK OF AMERICA, N.A.,

                Plaintiff,

v.

TIARA SUMMIT HOMEOWNERS ASSOCIATION, et al.,

                Defendants.

DEFAULT JUDGMENT

Case Number: 2:16-cv-00611-APG-EJY

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of SFR Investments Pool 1, LLC and against Michelle Ong as follows: It is hereby declared that the homeowners association's nonjudicial foreclosure sale conducted on December 5, 2012 extinguished any interest Michelle Ong had in the property located at 10037 Barengo Avenue in Las Vegas, Nevada.

| 1/25/2021 | | DEBRA K. KEMPI |
|---|---|---|
| Date | | Clerk |
| | | /s/ J. Callo |
| | | Deputy Clerk |