ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP;<br><br>Plaintiff,<br><br>vs.<br><br>TIARA SUMMIT HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00611-APG-EJY<br><br>**ORDER TO RELEASE BOND** |
| AND RELATED CASES. | |

…

…

…

…

…

…

1

57747129;1

Defendant SFR Investments Pool 1, LLC demanded plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP (**BANA**) post a cost bond pursuant to NRS 18.130(1) [ECF No. 9]. This court thereafter ordered BANA to post a $500 bond [ECF No. 10]. A $500 cash deposit was subsequently made by Akerman, LLP on behalf of BANA [ECF No. 26]. The purpose of the cost bond is to provide "security for the costs and charges which may be awarded against [the] plaintiff . . ." NRS 18.130(1).

On January 22, 2021, the court entered an order dismissing this action with prejudice [ECF No. 116]. As this matter is now concluded, the court will refund to Akerman LLP, on behalf of BANA, the $500.00 security bond, plus interest.

**IT IS SO ORDERED.**

Dated: April 16, 2021.

UNITED STATES DISTRICT JUDGE
Case No.: 2:16-cv-00611-APG-EJY

2

57747129;1